AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Laura Rose<br>*Plaintiff*<br>v.<br>FORD MOTOR COMPANY, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 26-cv-13470 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Laura Rose .

Date: 10/09/2026

/s/ Jacquelyn Kmetz
*Attorney's signature*

Jacquelyn Kmetz (P83575)
*Printed name and bar number*

325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
*Address*

jacquelyn@education-rights.com
*E-mail address*

(517) 994-1776
*Telephone number*

*FAX number*