**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAURA ROSE,

*Plaintiff,*

v.

FORD MOTOR COMPANY, *et al.*,

*Defendants.*

CASE NO.: 2:26-cv-13470

HON. MARK A. GOLDSMITH

---

**ABDNOUR WEIKER, LLP**
Jacquelyn Kmetz (P83575)
Elizabeth K. Abdnour (P78209)
Ashley A. Dylenski (P88208)
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

*Attorneys for Plaintiff,*
*Laura Rose*

**JACKSON LEWIS P.C.**
Patrick O. Peters (OH0079539)
Julia L. Denmeade (OH0101159)
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, Ohio 44131
Ph: (216) 750-0404
Fax: (216) 750-0826
Patrick.Peters@jacksonlewis.com
Julia.Denmeade@jacksonlewis.com

*Attorneys for Defendant,*
*Ford Motor Company*

---

**STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT FORD MOTOR COMPANY TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

This matter having come before this Court by joint stipulation of the parties; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Ford Motor Company ("Defendant") has been given an extension of time in which to respond to Plaintiff Laura Rose's Amended Complaint (ECF No. 5), and Defendant shall file its answer or otherwise respond on or before **December 21, 2026**.

IT IS SO ORDERED.

Dated: November 6, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**STIPULATED BY:**

**ABDNOUR WEIKER, LLP**

/s/ Jacquelyn Kmetz (per email authorization)
Jacquelyn Kmetz (P83575)
Elizabeth K. Abdnour (P78209)
Ashley A. Dylenski (P88208)
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

*Attorneys for Plaintiff,*
*Laura Rose*

**JACKSON LEWIS P.C.**

/s/ Julia L. Denmeade
Patrick O. Peters (OH0079539)
Julia L. Denmeade (OH0101159)
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, Ohio 44131
Ph: (216) 750-0404
Fax: (216) 750-0826
Patrick.Peters@jacksonlewis.com
Julia.Denmeade@jacksonlewis.com

*Attorneys for Defendant,*
*Ford Motor Company*

Dated: November 3, 2026

4913-0654-0764, v. 1