**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAURA ROSE,

Plaintiff,

v.

FORD MOTOR COMPANY, *et al.*,

Defendants.

Case No. 2:26-cv-13470-MAG-APP

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

**ABDNOUR WEIKER, LLP**
Jacquelyn Kmetz (P83575)
Elizabeth K. Abdnour (P78209)
Ashley A. Dylenski (P88208)
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

*Attorneys for Plaintiff, Laura Rose*

**RUSSELL & WONG, PLLC**
John M. Russell
Lauren A. Wong
5050 Poplar Avenue, Suite 1000
Memphis, TN 38157
(901) 844-4441
john@rwlawpllc.com
lauren@rwlawpllc.com

**GARAN LUCOW MILLER P.C.**
Robert Goldenbogen (P46166)
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
(810) 488-8412
rgoldenbogen@garanlucow.com

*Attorneys for Defendant, Sedgwick Claims Management Services, Inc.*

---

**STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Laura Rose ("Plaintiff") and Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick"), by and through their respective counsel, hereby stipulate to an extension of time for Sedgwick to answer or otherwise respond to Plaintiff's Amended Complaint up to and including December 21, 2026. This extension of time will align with the extension the Court granted Defendant Ford Motor Company on November 6, 2026. (ECF No. 12). Additionally, the extension would allow Sedgwick time to investigate so that it can properly respond to the Amended Complaint. This request is not sought for the purpose of delay but for good cause. No party shall be prejudiced by this extension of time.

The Court, having reviewed the stipulation of the parties, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the deadline for Sedgwick to answer or otherwise respond to Plaintiff's Amended Complaint is extended until **December 21, 2026**.

Dated: November 16, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**Stipulated as to form and substance:**

**ABDNOUR WEIKER, LLP**
/s/ Jacquelyn Kmetz (*with permission*)
Jacquelyn Kmetz (P83575)
Elizabeth K. Abdnour (P78209)
Ashley A. Dylenski (P88208)
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

*Attorneys for Plaintiff, Laura Rose*

**RUSSELL & WONG, PLLC**
/s/ Lauren A. Wong
John M. Russell
Lauren A. Wong
5050 Poplar Avenue, Suite 1000
Memphis, TN 38157
(901) 844-4441
john@rwlawpllc.com
lauren@rwlawpllc.com

Robert Goldenbogen (P46166)
GARAN LUCOW MILLER P.C.
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
(810) 488-8412
rgoldenbogen@garanlucow.com

*Attorneys for Defendant, Sedgwick Claims Management Services, Inc.*

Dated: November 13, 2026