**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAURA ROSE,

Plaintiff, | Case No. 2:26-cv-13470-MAG-APP

v. | Hon. Mark A. Goldsmith

FORD MOTOR COMPANY, *et al.*, | Magistrate Judge Anthony P. Patti

Defendants.


**ABDNOUR WEIKER, LLP**
Jacquelyn Kmetz (P83575)
Elizabeth K. Abdnour (P78209)
Ashley A. Dylenski (P88208)
325 E. Grand River Ave., Suite 250 East
Lansing, MI 48823
517-994-1776
jacquelyn@education-rights.com
liz@education-rights.com
ashley@education-rights.com

*Attorneys for Plaintiff, Laura Rose*

**RUSSELL & WONG, PLLC**
John M. Russell
Lauren A. Wong
5050 Poplar Avenue, Suite 1000
Memphis, TN 38157
901-844-4441
john@rwlawpllc.com
lauren@rwlawpllc.com

**GARAN LUCOW MILLER P.C.**
Robert Goldenbogen (P46166)
20700 Civic Center Dr, Suite 500
Southfield, MI 48076
810-488-8412
rgoldenbogen@garanlucow.com

*Attorneys for Defendant, Sedgwick Claims Management Services, Inc.*


## NOTICE OF APPEARANCE OF ROBERT L. GOLDENBOGEN

Please take notice that on this date Robert L. Goldenbogen has entered his appearance in the above-titled cause of action for and on behalf

of the Defendant Sedgwick Claims Management Services, Inc., as local counsel.

Respectfully Submitted

/s/Robert L. Goldenbogen
Robert L. Goldenbogen
Garan Lucow Miller P.C.
Attorneys for Defendant Sedgwick
20700 Civic Center Dr, Suite 500
Southfield, MI 48076
810-488-8412
rgoldenbogen@garanlucow.com
(P46166)

John M. Russell and Lauren A. Wong
Russell & Wong, PLC
5050 Poplar Avenue, Suite 1000
Memphis, TN 38157 ; (901) 849-4433
john@rwlawpllc.com
lauren@rwlawpllc.com

Attorneys for Defendant Sedgwick Claims Management Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/Dana M. Stoliker
Dana M. Stoliker